GEORGE T. MAXWELL and CANTINE T. SCOVILLE, Appellants, v. LEILA S. SCOVILLE, as Executrix, etc., Impleaded with Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ., concurred.

ADAM NECKER, Respondent, v. RICHMOND ICE COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

MARY NIEDZWIECKA, an Infant, by VINCENT NOWICKI, Her Guardian ad Litem, Respondent, v. WESTCHESTER STREET RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

THOMAS A. O'NEILL, Appellant, v. LAKE CHAMPLAIN TRANSPORTATION COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

KATE PECKHAM, as Administratrix, etc., of FRANK W. PECKHAM, Deceased, Respondent, Appellant, v. CENTRAL RAILROAD COMPANY OF NEW JERSEY, Appellant, Respondent.— Orders unanimously affirmed, without costs to either party. No opinion. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP MILLER, Appellant.— Judgment of conviction and order of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Putnam, Blackmar and Kelly, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH L. MURRAY, Appellant.— Judgment of conviction and order of the County Court of Westchester county affirmed. No opinion. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES BAST, Respondent, v. JOHN R. VOORHIS and Others, Constituting the Board of Elections, etc., and Another, Appellants. FRED C. PEARSON and SAMUEL J. MITCHELL, as Sheriff for the County of Queens, Defendants.— We are of opinion that the Constitution and the statutes in furtherance thereof require the election of a sheriff of the county of Queens at the general election in November, 1919, and that the fact that Sheriff Mitchell was elected at a special election to fill the vacancy caused by the death of Sheriff Stier does not in any way prevent or postpone this application of the Constitution and the Election Law. The order is, therefore, reversed, without costs, and the motion denied, without costs. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

PATRICK REGAN, Respondent, v. CHARLES E. DRAKE and HORACE E. JONES, Copartners, etc., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ.